JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** Category No. **II**   Investigating Agency **FBI**

City **TISBURY**

**Related Case Information:**

County **DUKES**

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number **22-MJ-1557-DLC**
Search Warrant Case Number **See page 2**
R 20/R 40 from District of _____

## Defendant Information:

Defendant Name **ROMANE ANDRE CLAYTON**   Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name _____

Address (City & State) **JAMAICA**

Birth date (Yr only): **2002**  SSN (last4#): _____  Sex **M**  Race: _____  Nationality: **JAMAICAN**

Defense Counsel if known: _____  Address _____

Bar Number _____

## U.S. Attorney Information:

AUSA **MEGHAN C. CLEARY/KENNETH G. SHINE**   Bar Number if applicable _____

Interpreter:  ☐ Yes  ☑ No   List language and/or dialect: _____

Victims:  ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

Matter to be SEALED:  ☑ Yes  ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

## Location Status:

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**  ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**  ☐ Petty   ☐ Misdemeanor   ☑ Felony  **1**

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **12/07/2022**   Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   ROMANE ANDRE CLAYTON

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 3 | Accessory after the fact armed bank robbery | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

Search warrant numbers: 22-MJ-1540-1542-DLC; 22-MJ-1551-1553-DLC; 22-MJ-1559-DLC; NH 22-MJ-246-248-AJ

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013